**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 437 WAL 2017

            Respondent           :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

          v.                  :

                                 :

ZACHARY BLAIR,                 :

            Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.